AO 450 (Rev. 11/11) Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON
Jun 11, 2025
SEAN F. McAVOY, CLERK

In re:
JAROSLAW NICZYPORUK,

*Debtor*

)
)
)
)
)

Civil Action No. 2:24-cv-00391-SAB

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____), which includes prejudgment interest at the rate of _____%, plus post judgment interest at the rate of _____% per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

☑ other: The bankruptcy court's decision dismissing Mr. Niczyporuk's bankruptcy case is AFFIRMED. Appellant's Appeal is DISMISSED, with prejudice.
The Federal Complaint, ECF No. 12, is STRICKEN.
Judgment entered against Appellant and in favor of Appellees.

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☑ decided by Judge    Stanley A Bastian

Date: 6/11/2025

*CLERK OF COURT*

SEAN F. McAVOY

s/ Lee Reams
*(By) Deputy Clerk*
Lee Reams